# Third District Court of Appeal

## State of Florida

Opinion filed February 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-393
Lower Tribunal No. 21-10516-CA-01
_____

**Adolfo Pazmino Lopez,**
Appellant,

vs.

**Mel-Mont Medical, LLC, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Valerie R. Manno Schurr, Judge.

EPGD Attorneys at Law, P.A., and Andrea Natale and Joanna Andrade Lehmann and Oscar A. Gomez, for appellant.

Cole Schotz P.C., and Luis Salazar and Jose Ceide and Lorenzo Lorenzo, Jr., for appellee.

Before EMAS, GORDO and GOODEN, JJ.

PER CURIAM.

Affirmed.